UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| REGINA HERNANDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 12-1016 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

July 3, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge